**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN RE: JUAN REYES-ALVAREZ

Case No.: 2:26-cv-00912-GMN-NJK

**ORDER GRANTING MOTION TO DISMISS**

Before the Court is the Motion to Dismiss, (ECF No. 9), filed by Petitioner Juan Reyes-Alvarez. The Motion explains that the claims raised by Petitioner in this case are the same as the claims brought by Petitioner in a separate case, No. 2:26-cv-561-JAD-DJA. (Mot. Dismiss 1:16–19, ECF No. 9). That case was filed on February 27, 2026, while the instant case was filed on March 26, 2026. (*Id.* 1:17–18). Because this case is duplicative of Petitioner's other, earlier filed case, the Court GRANTS the Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss, (ECF No. 9), is **GRANTED**, and this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this __1__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court